Michael G. Freedman (State Bar No. 281279)
michael@thefreedmanfirm.com
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845

Attorney for Defendant Cody Holmes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-MJ-6350 |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| CODY HOLMES, | |
| Defendant. | |

    Pursuant to the stipulation and request of the parties and GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that Defendant Cody Holmes' deadline to post the $1,000,000 secured bond is extended from November 10, 2025 to November 17, 2025.

Dated: November   , 2025

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

ORDER